# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00731-CV

**Elfreda Cherie Allen, Appellant**

**v.**

**CitiMortgage, Inc., Appellee**

**FROM THE DISTRICT COURT OF TARRANT COUNTY, 236TH JUDICIAL DISTRICT
NO. 236-244370-10, HONORABLE TOM LOWE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Elfreda Cherie Allen filed a notice of appeal in October 2013. She stated that she was appealing a "memorandum opinion and judgment on contest for affidavit of inability to pay costs." She attached a copy of a memorandum opinion and judgment issued by the Fort Worth Court of Appeals. *See Allen v. CitiMortgage*, No. 02-13-00027-CV, 2013 Tex. App. LEXIS 8918 (Tex. App.—Fort Worth July 18, 2013, no pet.) (mem. op.) (noting that appellant failed to pay filing fee and dismissing appeal for failure to comply with a requirement of rules of appellate procedure and a supreme court order).

On November 6, 2013, the Clerk of this Court requested a response from Allen by November 18, 2013. The Clerk advised Allen that she must inform this Court of the basis on which jurisdiction exists or that this Court would dismiss this cause for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see also* Tex. Gov't Code §§ 22.201(d) (listing counties within Third Court of

Appeals District), .220(a) ("Each court of appeals has appellate jurisdiction of all civil cases within its district of which the district courts or county courts have jurisdiction when the amount in controversy or the judgment rendered exceeds $250, exclusive of interest and costs."). Allen has not filed a response. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

 

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Jurisdiction

Filed: December 13, 2013